# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARSHA A. LEWIS

      Plaintiff                  *

v.                           *

BOARD OF EDUCATION OF TALBOT   *        Case No.:  JFM02CV3147
COUNTY
and                          *
J. SAMUEL MEEK, etc.
and                          *
JOHN MASONE, etc.
and                          *
GELSON BROOKS
                             *

      Defendants

\*     \*     \*     \*     \*     \*     \*     \*

## STIPULATION EXTENDING TIME IN WHICH TO FILE
## A RESPONSIVE PLEADING

    Marsha A. Lewis, Plaintiff, and Board of Education of Talbot County, J. Samuel Meek,

John Masone and Gelson Brooks, Defendants, by their undersigned counsel, stipulate that the

time for filing a responsive pleading on behalf of each of the Defendants be extended to and

including Monday, November 18, 2002.

                              Robin R. Cockey (Federal Bar No.:  02657)
                              COCKEY, BRENNAN & MALONEY, P.C.
                              313 Lemmon Hill Lane
                              Salisbury, MD 21801
                              Attorney for Plaintiff
                              410-546-1750
                              410-546-1811 (facsimile)

Barry Bach (Federal Bar No.: 01795)

Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
410-938-8800
410-321-7044 (facsimile)

SO ORDERED:

United States District Judge

DATE: 10/25/02