COCKEY,
BRENNAN &
MALONEY, P.C.

ATTORNEYS &
COUNSELORS AT LAW

313 LEMMON HILL LANE
SALISBURY, MD 21801
410.546.1750
FAX: 410.546.1811

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARSHA A. LEWIS                    *

    Plaintiff                         *

v.                                 *

BOARD OF EDUCATION OF              *     Civil Action No. JFM 02 CV 3147
TALBOT COUNTY, et al.
                                   *
    Defendants
*******************************************************************

## ORDER

It is ordered, this _____ day of _____, 2002, by the United States District Court for the District of Maryland, that the deadline for Plaintiff's response to Defendant's Motion to Dismiss Complaint or, In the Alternative, for Partial Summary Judgment is extended until December 20, 2002.

_____
The Honorable J. Frederick Motz
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 2nd day of December, 2002, a copy of Plaintiff's Consent Motion for Extension of Time, was mailed, first class, postage prepaid, to:

Barry Bach, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

_____
Robin R. Cockey