IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 24  A 10: 58

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| MARSHA A. LEWIS | * | |
| Plaintiff | * | |
| v. | * | |
| BOARD OF EDUCATION OF TALBOT COUNTY | * | Case No.: JFM02CV3147 |
| and | * | |
| J. SAMUEL MEEK, etc | | |
| and | * | |
| JOHN MASONE, etc. | | |
| and | * | |
| GELSON BROOKS | | |
| | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION EXTENDING TIME IN WHICH TO FILE
A REPLY MEMEORANDUM**

Marsha A. Lewis, Plaintiff, and Board of Education of Talbot County, J. Samuel Meek, John Masone and Gelson Brooks, Defendants, by their undersigned counsel, stipulate that the time for filing a Reply Memorandum to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion for Partial Summary Judgment on behalf of each of the Defendants be extended to and including Friday, January 10, 2003.

Robin R. Cockey (Federal Bar No.: 02657)
COCKEY, BRENNAN & MALONEY, P.C.
313 Lemmon Hill Lane
Salisbury, MD 21801
Attorney for Plaintiff
410-546-1750
410-546-1811 (facsimile)

_/s/ Barry Bach_
Barry Bach (Federal Bar No.: 01795)

_/s/ Hodes, Ulman, Pessin & Katz_
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
410-938-8800
410-321-7044 (facsimile)

SO ORDERED:

_____
United States District Judge

DATE: _____