IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARSHA A. LEWIS       \*

                          \*

   v.                       \*   Civil No. JFM-02-3147

                          \*

BOARD OF EDUCATION OF    \*

TALBOT COUNTY, *et al.*       \*

                          \*

                        \*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this 7th day of May 2003

ORDERED

1. Defendants' motion to dismiss is granted in part and denied in part;

2. All of the claims against the Board of Education of Talbot County are dismissed;

3. The claims against the individual defendants in their official capacities are dismissed except that the claim asserted in Count I survives against the individual defendants in their official capacities to the extent that plaintiff seeks prospective injunctive relief;

4. The motion to dismiss Count I filed by the defendants in their individual capacities is denied;

5. Plaintiff's claims asserted in Count II based upon alleged deprivation of her liberty interest and violation of her substantive due process rights are dismissed without leave to amend;

6. Plaintiff's claims asserted in Count II for deprivation of her property interest and violation of her procedural due process rights are dismissed with leave to amend on or before May 28, 2003;

7. Plaintiff's claim for violation of her substantive due process rights under Article 24 of the

Maryland Declaration of Rights is dismissed without leave to amend and her claim under Article 24 for violation of her procedural due process rights is dismissed with leave to amend on or before May 28, 2003; and

    8.  Counts IV, V, VI, and VII are dismissed without leave to amend.

    /s/
J. Frederick Motz
United States District Judge