**HODES, ULMAN, PESSIN & KATZ, P.A.**
901 Dulaney Valley Road | Suite 400 | Towson, MD 21204
phone 410.938.8800 | fax 410.938.8806 | www.hupk.com

**Barry Bach**

WRITER'S DIRECT DIAL NUMBER:
410-339-6775

WRITER'S DIRECT E-MAIL:
BBach@hupk.com

May 16, 2003

**VIA ELECTRONIC FILING**

The Honorable J. Frederick Motz
United States District Court for
the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      RE:    Marsha A. Lewis v. Board of Education
              Of Talbot County, et al.
              Case No.: JFM02CV3147

Dear Judge Motz:

      Pursuant to the Scheduling Order, the parties have agreed as follows:

      (1)    We jointly request an early settlement/ADR conference;

      (2)    The parties are agreed that each side shall have twelve (12) deposition hours, and

      (3)    The parties do not consent to proceed before a United States Magistrate Judge.

Very truly yours,

*Barry Bach*

Barry Bach

BB:dms

cc:    Robin R. Cockey, Esquire (via e-mail)

*The Maryland Law Firm*

TOWSON   COLUMBIA   BEL AIR   CAMBRIDGE   BETHESDA   HAVRE DE GRACE