*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MARYLAND*

| | | |
|---|---|---|
| **MARSHA A. LEWIS** | * | |
| 29471 Holly Oak Road | | |
| Easton, Maryland  21601 | * | |
| | | |
| **Plaintiff** | * | |
| vs. | | Civil Action No. JFM 02 CV 3147 |
| | * | |
| **BOARD OF EDUCATION OF TALBOT COUNTY** | * | |
| 12 Magnolia Street | | |
| Post Office Box 1029 | * | |
| Easton, Maryland  21601 | | |
| SERVE:     John Masone | * | |
| Assistant Superintendent | | |
| | * | |
| **J. SAMUEL MEEK,** | | |
| Both officially and individually | * | |
| c/o Board of Education of Talbot County | | |
| 12 Magnolia Street | * | |
| Post Office Box 1029 | | |
| Easton, Maryland  21601 | * | |
| | | |
| **JOHN MASONE** | * | |
| Both officially and individually | | |
| c/o Board of Education of Talbot County | * | |
| 12 Magnolia Street | | |
| Post Office Box 1029 | * | |
| Easton, Maryland  21601 | | |
| | * | |
| **GELSON BROOKS** | | |
| Both officially and individually | * | |
| c/o Board of Education of Talbot County | | |
| 12 Magnolia Street | * | |
| Post Office Box 1029 | | |
| Easton, Maryland  21601 | * | |
| | | |
| **Defendants** | * | |
| | | |
| | * | |

          *     *     *     *     *     *     *     *     *     *     *     *

## NOTICE OF DEPOSITION

The Plaintiff, Marsh A. Lewis, by Robin R. Cockey and Cockey, Brennan & Maloney, P.C., will take the Deposition of the following named witness upon oral examination before a Notary Public or some other person duly qualified to administer an oath, at the law office of Miles & Stockbridge 101 Bay Street, Easton, Maryland 21601, on Tuesday July 15, 2003 at 9:00 a.m., local time, to continue from day to day until completed.

The witness to be deposed is as follows:

>Board of Education of Talbot County
>12 Magnolia Street
>P O Box 1029
>Easton MD 21601

   Each such public or private corporation, partnership, association and government agency named herein to be deposed is advised that it must, pursuant to Deposition Notice under Federal Rule 30(b)(6), designate one or more officers, directors or managing agents, or other persons who will testify on its behalf regarding the subject matters set forth below of the deposition, and that it may set forth, for each person designated, the matters on which he will testify. The persons so designated shall testify as to matters known or reasonably available to such organization. The subject matters of the deposition are not intended to limit or preclude questions as to other subject matter or areas of inquiry not specifically described herein.

1.  The Board's employment of Plaintiff Marsha A. Lewis.
2.  The Board's termination of Plaintiff Marsha A. Lewis.
3.  The Board's personnel policies.
4.  The Board's policies with regard to the use of Board property.

               _____/s/_____
               ROBIN R. COCKEY
               Federal Bar No. 02657
               COCKEY, BRENNAN & MALONEY, PC
               313 Lemmon Hill Lane
               Salisbury, MD 21801
               (410) 546-1750
               Attorneys for Plaintiff

## **CERTIFICATE OF DISCOVERY SERVICE**

I HEREBY CERTIFY that on this 20th day of June, 2003 an exact copy of Notice of Deposition was sent by facsimile transmission and regular U.S. mail, first class postage prepaid, to:

Barry Bach, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204

_____/s/_____
ROBIN R. COCKEY