IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARSHA A. LEWIS | * | |
| Plaintiff | * | |
| v. | * | |
| BOARD OF EDUCATION OF TALBOT COUNTY, et al. | * | Civil Action No. JFM 02 CV 3147 |
| | * | |
| Defendants | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF DISCOVERY SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2003 an exact copy of Plaintiff's Disclosures under Federal Rule of Civil Procedure 26(a)(2) was sent by U.S. Mail, postage prepaid, to:

Barry Bach, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204

_____/s/_____
ROBIN R. COCKEY

1