IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARSHA A. LEWIS               *

      Plaintiff                *

v.                             *

BOARD OF EDUCATION OF      *     Civil Action No. JFM 02 CV 3147
TALBOT COUNTY, et al.

                             *

      Defendants

**********************************************************************

**<u>CERTIFICATE OF DISCOVERY SERVICE</u>**

I HEREBY CERTIFY that on this 2nd day of July, 2003 an exact copy of Amended Response to Request for Production of Documents was sent by Federal Express postage prepaid, to:

Barry Bach, Esquire
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204

                       _____/s/_____
                       ROBIN R. COCKEY